HONORABLE ROBERT H. WHALEY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| OLYMPUS NDT, INC., a Connecticut Corporation and OLYMPUS NDT NW, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY ELSETH, an individual; and RONALD BOWLES, an individual,<br><br>Defendants. | Case No.: CV08-5009-RHW<br><br>[~~PROPOSED~~, STIPULATED] ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |

This matter came before the Court on Plaintiffs' Motion for Temporary Protective Order pursuant to Rule 65 of the Federal Rules of Civil Procedure. The Court, having considered the motion, supporting declarations of Karen Smith, John Payne, William "Chuck" Edie, Michael Canty and Peter H. Nohle, and argument of counsel, finds the Plaintiff's motion has merit.

The Court makes the following findings as required by FRCP 65:

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER – 1
(CV08-5009-RHW)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101

1. Plaintiffs' attorneys attempted to provide notice of the hearing on the motion for temporary restraining order by emailing the same to an email address at which counsel had corresponded with Defendant Elseth.

2. Defendants were provided the reasonable opportunity to participate in the hearing of the motion for temporary restraining order by appearing themselves or through counsel.

3. The Court finds that the declarations in support of the motion for temporary restraining order establish that immediate and irreparable harm will occur to the business and intellectual property assets of Plaintiffs if a temporary restraining order is not issued to prevent any misappropriation of Plaintiffs' research and development assets. The Court finds that that this order may be issued according to the stipulation of the parties.

4. A temporary restraining order will prevent further harm and preserve the status quo ante with regard to the Eddy Current Wireless Probe and any other assets of Plaintiff held by Defendants.

5. The Court finds that reasonable attempts were made to notify Defendants of the Court's consideration of this motion. Defendants were aware of the motion as evidenced by the appearance of counsel on their behalf.

It is therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Temporary Restraining is hereby GRANTED and that Defendants are required to do the following:

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER – 2
(CV08-5009-RHW)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101

a. Refrain from using or disclosing in any way for any purpose any of Plaintiffs' confidential, proprietary, or trade secret information, including, but not limited to, the Wireless Eddy Current Probe;

b. Return to Plaintiffs all copies of its confidential, proprietary, or trade secret information that Elseth and/or Bowles have in their possession, including, but not limited to, the Wireless Eddy Current Probe;

c. Refrain from any conduct that violates their respective contractual or legal duties to Plaintiffs;

d. Refrain from operating any business under the name Allwave Engineering, or any work in the non-destructive testing industry involving the Wireless Eddy Current Probe or any gages or probes derived from the confidential, proprietary or trade secret information of Plaintiffs until this court hears Plaintiff's motion for preliminary injunction.

It is further ORDERED that a preliminary injunction hearing be set for March 5, 2008, at 2:00 a.m./p.m., and that the Defendants shall appear and show cause why a preliminary injunction to the same effect issue and remain in effect during the pending of this action.

It is further ORDERED that bond be waived as Defendants have waived bond by enforceable written contract.

This order shall remain in effect until the hearing on Plaintiff's Motion for Preliminary Injunction, but not longer than ten days unless it is extended in writing for good cause shown or by stipulation of Defendants.

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER – 3
(CV08-5009-RHW)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101

1  DONE IN OPEN COURT this 25th day of February, 2008.

2  TIME OF ENTRY OF ORDER: 4:35 pm

   _____
   Judge Robert H. Whaley

6  Presented by:

8  JACKSON LEWIS LLP

11 By: *s/Barry Alan Johnsrud*
   Barry Alan Johnsrud WSBA #21952
12 Peter H. Nohle WSBA#
   600 University Street, Suite 2900
13 Seattle, WA 98101
14 Telephone: (206) 405-0404
   Fax: (206) 405-4450
15 E-mail: johnsrudb@jacksonlewis.com
16 E-mail: nohlep@jacksonlewis.com

17 Attorneys for Plaintiffs

19 It is so Stipulated:

20 STRITMATTER KESSLER WHELAN COLUCCIO

23 By: *s/J.D. Smith*
   J.D. Smith WSBA #28246
24 jd@stritmatter.com
   200 Second Ave W
25 Seattle, WA 98119

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER – 4
(CV08-5009-RHW)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101