HONORABLE ROBERT H. WHALEY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLYMPUS NDT, INC., a Connecticut Corporation and OLYMPUS NDT NW, INC., a Delaware Corporation,<br><br>                      Plaintiffs,<br>    v.<br><br>GREGORY ELSETH, an individual; and RONALD BOWLES, an individual,<br><br>                      Defendants. | Case No.: CV-08-5009-RHW<br><br>**STIPULATED PERMANENT INJUNCTION** |

## STIPULATED PERMANENT INJUNCTION

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, the undersigned parties to this action, Plaintiffs Olympus NDT, Inc. ("Olympus NDT") and Olympus NDT NW, Inc. ("Olympus NDT NW") (collectively, "Plaintiffs") and Defendants Gregory Elseth ("Elseth") and Ronald Bowles ("Bowles") (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and consent to the entry of the following Stipulated Permanent Injunction:

[PROPOSED] STIPULATED PERMANENT INJUNCTION – 1
(CV08-5009-RHW)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

Based on the stipulation of the parties, as well as the pleadings and evidence previously submitted in this action, it is hereby ORDERED, ADJUDGED AND DECREED:

1. That Defendants shall permanently refrain from using or disclosing in any way, for any purpose, any of Plaintiffs' confidential, proprietary, or trade secret information, including, but not limited to, the wireless eddy current probe;

2. That within 10 days of the entry of this Stipulated Permanent Injunction, Defendants shall return to Plaintiffs all of Plaintiffs property and all copies of Plaintiffs' confidential, proprietary, or trade secret information still in their possession or under their control, including, but not limited to, the wireless eddy current probe;

3. That within 10 days of the issuance of this Stipulated Permanent Injunction, Defendants shall certify to Plaintiffs under penalty of perjury and the contempt powers of this Court that they have returned to Plaintiffs all of Plaintiffs' property and all copies of Plaintiffs' confidential, proprietary, or trade secret information in their possession or under their control, including, but not limited to, the wireless eddy current probe;

4. That within 10 days of the issuance of this Stipulated Permanent Injunction, Defendants shall electronically provide to Plaintiffs, care of Karen Smith, copies of all electronic files with information belonging to Plaintiffs and shall thereafter permanently delete the same from all computers, electronic storage devices and email accounts of Defendants;

[PROPOSED] STIPULATED PERMANENT INJUNCTION – 2
(CV08-5009-RHW)

5. That within 10 days of the issuance of this Stipulated Permanent Injunction, Defendants certify to Plaintiffs under penalty of perjury and the contempt powers of this court that all electronic files with information belonging to Plaintiffs have been provided to Plaintiffs electronically, and that all copies of information belonging to Plaintiffs have been permanently erased from all computers, electronic storage devices and email accounts of Defendants;

6. That for the period from March 26, 2008, through March 26, 2010, Defendants shall refrain from any work in any business in the non-destructive testing industry involving eddy current technology (including conventional eddy current, eddy current array, magnetic flux leakage and conductivity);

7. That for the period from March 26, 2008 through March 26, 2010, Defendants shall refrain from any work in the non-destructive testing industry involving ultrasound technology (including conventional ultrasound, phased array, and bond testing);

8. That for the period from March 26, 2008 through March 26, 2010, Defendants shall refrain from any ownership and/or participation in any business in the non-destructive testing industry involving eddy current technology (including conventional eddy current, eddy current array, magnetic flux leakage and conductivity);

9. That for the period from March 26, 2008 through March 26, 2010, Defendants shall refrain from any ownership and/or

[PROPOSED] STIPULATED PERMANENT INJUNCTION – 3
(CV08-5009-RHW)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

participation in any business in the non-destructive testing industry involving ultrasound technology (including conventional ultrasound, phased array, and bond testing);

10. Notwithstanding the prohibitions set forth in paragraphs 6 through 9, above, this Stipulated Permanent Injunction shall not prohibit Defendants from performing repair, recalibration or remanufacturing work on any eddy current and ultrasound technologies, so long as such work is not performed on and does not relate to or concern any instruments, parts or materials manufactured by Plaintiffs or their subsidiaries and affiliates;

11. That for the period from March 26, 2008, through March, 26, 2010, Defendants shall refrain obtaining, directly or indirectly, any instruments, parts or materials manufactured by Plaintiffs or their subsidiaries or affiliates;

12. That for the period from March 26, 2008, through March, 26, 2010, Defendants shall refrain from solicitation or engaging, directly or indirectly, any current or former employees of Plaintiffs or their subsidiaries or affiliates;

13. That for the period from March 26, 2008 through March 26, 2010, Defendants shall report in writing to Plaintiffs, to the attention of Karen Smith, the acceptance of any employment or other engagement involving non-destructive testing, including the identify and nature of the position to be held and the identify of the employer or principal;

14. That for the period from March 26, 2008 through March 26, 2010, Defendants report in writing to Plaintiffs as to the

[PROPOSED] STIPULATED PERMANENT INJUNCTION  – 4
(CV08-5009-RHW)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

        formation or pursuit or seeking of any business in the non-destructive testing industry, regardless of the form of ownership, including identifying the nature of the business to be sought.

15. This order also restrains all persons working in concert with Defendants and who have actual notice of this order from violating this order.

DONE IN OPEN COURT this 26th day of March, 2008.

        <u>s/Robert H. Whaley</u>
        Robert H. Whaley
        Chief United States District Judge

[PROPOSED] STIPULATED PERMANENT INJUNCTION – 5
(CV08-5009-RHW)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404